# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| United States of America ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:25-cv-01691-DWD |
| State of Illinois et al. ) | |
| *Defendant(s)* ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

State of Illinois, Governor JB Pritzker in his official capacity, Attorney General Kwame Raoul in his official capacity, Board of Trustees of Southern Illinois University, Board of Trustees of Rend Lake College, Board of Trustees of the University of Illinois, Board of Trustees of Chicago State University, Board of Trustees of Eastern Illinois University, Board of Trustees of Illinois State University, Board of Trustees of Northeastern Illinois University, Illinois Student Assistance Commission, and Illinois DREAM Fund Commission

DATED: October 1, 2025

/s/ Darren Kinkead
Signature

Darren Kinkead
Name

Office of the Attorney General
115 South LaSalle Street, Chicago, IL 60603
Address

773-590-6967
Phone Number

_____
Fax Number

Darren.Kinkead@ilag.gov
E-Mail Address

Rev. 2/11