IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) No. 3:25-cv-1691-DWD ) |
| STATE OF ILLINOIS, *et al.,* | ) ) |
| *Defendants.* | ) ) ) |

**MOTION TO LIFT STAY**

Pursuant to this court's order of October 15, 2025 (ECF 16), the United States hereby moves to lift the stay of proceedings in this case and to reset all deadlines, as set forth in the attached brief in support of this motion.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director

By: *s/ Alexandra McTague*
ALEXANDRA MCTAGUE
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel. 202-718-0483
Email: alexandra.mctague2@usdoj.gov

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>STATE OF ILLINOIS, *et al.*, )<br>)<br>*Defendants*. )<br>) | No. 3:25-cv-1691-DWD |

**BRIEF IN SUPPORT OF MOTION TO LIFT STAY**

Pursuant to this court's order of October 15, 2025 (ECF 16), the United States of America hereby notifies the court that appropriations have been restored to the Department of Justice and moves to lift the stay of proceedings.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. As a result, attorneys for the Department of Justice moved to stay this case pending restoration of funds. ECF 15. The court granted the stay and ordered the government to notify it when funding was restored. ECF 16.

2. Pursuant to that order, the government hereby notifies this court that Congress appropriated funds on the evening of November 12, 2025.

3. The United States therefore moves to lift the stay and respectfully requests that all deadlines in this case be reset.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

GLENN GIRDHARRY
Acting Deputy Director

By: *s/ Alexandra McTague*
ALEXANDRA MCTAGUE
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel. 202-718-0483
Email: alexandra.mctague2@usdoj.gov