# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) No. 3:25-cv-01691-DWD |
| STATE OF ILLINOIS, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY**

Plaintiff, the United States of America, by and through its undersigned counsel, now moves this Court for a 7-day extension of time within which to file its reply brief. In support, Plaintiff states as follows:

1. On December 10, 2025, this Court adopted the parties' proposed briefing schedule in the above-captioned action (Doc. 24).

2. Pursuant to the Court's Order, the United States' reply brief in support of its cross-motion for summary judgment is due on or before March 13, 2026.

3. While the United States is working diligently to meet this deadline, an unexpected network malfunction has temporarily prevented one of the drafting attorneys from accessing the draft-in-progress.

4. As a result, a one-week extension of time is needed to ensure adequate time to finalize the United States' reply brief.

5. The undersigned is authorized to represent that Mr. Kinkead, counsel for Defendants, does not oppose the request for additional time.

6. Plaintiff's request will not require an extension of any other deadlines, including the oral argument scheduled for May 5, 2026 (*see* Doc. 25).

Accordingly, the United States respectfully requests a 7-day extension of time, through March 20, 2026, within which to file its reply brief.

Respectfully submitted,

| | |
|---|---|
| STEVEN D. WEINHOEFT<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF ILLINOIS<br>Nine Executive Drive<br>Fairview Heights, Illinois 62208<br>Tel: (618) 628-3700<br>Fax: (618) 628-3720<br>Steven.Weinhoeft@usdoj.gov | STANLEY E. WOODWARD, JR.<br>Associate Attorney General<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br><br>ABHISHEK S. KAMBLI<br>Deputy Associate Attorney General<br><br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br><br>ALESSANDRA FASO<br>Senior Litigation Counsel<br><br>ALEXANDRA MCTAGUE<br>Senior Litigation Counsel<br><br>By: /s/ *Sean Skedzielewski*<br>SEAN SKEDZIELEWSKI<br>Counsel to the Assistant Attorney General<br>U.S. Department of Justice<br>Civil Division<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>Tel: (202) 860-9960<br>Sean.Skedzielewski@usdoj.gov |

*Attorneys for the United States of America*