IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        *Plaintiff,*

    v.

STATE OF ILLINOIS, *et al.*

        *Defendants*.

No. 3:25-cv-1691-DWD

**MOTION FOR LEAVE TO SUPPLEMENT**

The plaintiff, United States of America, by its attorneys, moves this Court to supplement its summary judgment briefing, and in support states as follows:

1.    Briefing in this matter is complete.

2.    Yesterday, July 9, 2026, the Fifth Circuit issued a published decision in *United States v. Texas et al.*, --- F.4th ---, No. 25-10898, 2026 WL 1983151 (5th Cir. 2026).

3.    The United States wishes to bring the above case to the Court's attention, which represents an appellate, published disposition of a decision cited by the United States in its briefing. *See, e.g.,* ECF 26 at 12, 15, 17, 20.

4.    The United States does not seek leave to file any further briefing or argument.

Respectfully submitted,

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

By: /s/ *Alexandra McTague Schulte*
ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel
U.S. Department of Justice Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386, Washington, D.C. 20044
Tel. 202-718-0483
alexandra.schulte@usdoj.gov

1